IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH MARTINEZ GARCIA,

    Plaintiff,                        No. CIV S-11-1499 EFB P

    vs.

JAMES YATES, Warden,

    Defendant.                    ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

    Plaintiff alleges a violation of his civil rights in Fresno County, California. Fresno County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d).

    Accordingly, it is hereby orderd that:

    1. This action is transferred to the Fresno Division.

    2. The Clerk of Court shall assign a new case number.

////

////

////

1

3.  All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: June 13, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2