UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTINEZ GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES YATES,<br><br>　　　　Defendant. | Case No.: 1:11-cv-00972 - LJO – JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER<br><br>(Doc. 28). |

　　　　Plaintiff Joseph Martinez Garcia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 8, 2013, the Court dismissed Plaintiff's third amended complaint (Doc. 4) with  21 days leave to amend his complaint. (Doc. 25).  More than 21 days have passed and Plaintiff has failed to amend his complaint or otherwise respond to the Court's order.

　　　　The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. Thompson v. Housing Authority of Los Angeles, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute

an action or failure to obey a court order, or failure to comply with local rules. *See, e.g*. Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

**ORDER**

Accordingly, Plaintiff is **ORDERED** to show cause within **fourteen days** of the date of service of this Order as to why the action should not be dismissed for his failure comply with the Court's order. In the alternative, Plaintiff may file an amended complaint.

**Failure to comply with this order will result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated:   **May 6, 2013**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE