1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                              **EASTERN DISTRICT OF CALIFORNIA**

10

11    JOSEPH MARTINEZ GARCIA,              )   Case No.: 1:11-cv-00972 - LJO – JLT (PC)
                                           )
12              Plaintiff,                 )   ORDER TO SHOW CAUSE WHY THE ACTION
                                           )   SHOULD NOT BE DISMISSED FOR
13         v.                              )   PLAINTIFF'S FAILURE TO COMPLY WITH THE
                                           )   COURT'S ORDER
14    JAMES YATES,                         )
                                           )
15              Defendant.                 )   (Doc. 28).
                                           )
16    _____  )

17        Plaintiff Joseph Martinez Garcia ("Plaintiff") is a state prisoner proceeding pro se and in forma

18   pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.   On April 8, 2013, the Court

19   dismissed Plaintiff's third amended complaint (Doc. 4) with  21 days leave to amend his complaint.

20   (Doc. 25).   More than 21 days have passed and Plaintiff has failed to amend his complaint or

21   otherwise respond to the Court's order.

22        The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a

23   party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any

24   and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have

25   inherent power to control their dockets," and in exercising that power, a court may impose sanctions

26   including dismissal of an action. Thompson v. Housing Authority of Los Angeles, 782 F.2d 829, 831

27   (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute

28

                                             1

an action or failure to obey a court order, or failure to comply with local rules. *See, e.g*. <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); <u>Malone v. U.S. Postal Service</u>, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); <u>Henderson v. Duncan</u>, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

## ORDER

Accordingly, Plaintiff is **<u>ORDERED</u>** to show cause within **fourteen days** of the date of service of this Order as to why the action should not be dismissed for his failure comply with the Court's order.  In the alternative, Plaintiff may file an amended complaint.

**<u>Failure to comply with this order will result in a recommendation that this matter be dismissed.</u>**

IT IS SO ORDERED.

Dated:   **May 6, 2013**                          **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE